UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                           NO. 21-MJ-30193

**ANTONIO JONES**,
   a/k/a: Antonio Draco Jones, Jr.

    Defendant.

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, **ANTONIO JONES**, and states:

Defendant is charged in this case with 18 U.S.C. § 1951(a); Hobbs Act Robbery. Defendant is currently incarcerated at the Shelby County Jail in Memphis, TN in connection with a different case, and is in the custody of MDOC and/or Shelby County Sheriff.

Defendant's Initial Appearance on the Complaint has been scheduled for Tuesday, June 08, 2021 at 1:00 p.m. before the Honorable Duty Court United States Magistrate Judge of the Theodore Levin U.S. Courthouse.  A writ of habeas

corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the MDOC and/or Shelby County Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer to produce **ANTONIO JONES** before the judicial officer and at the place and time stated above.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

*s/ Robert Moran*
Robert Moran
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Robert.Moran@usdoj.gov
(313) 226-9553
P46346

Date:  May 6, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NO. 21-MJ-30193

**ANTONIO JONES**,
   a/k/a: Antonio Draco Jones, Jr.

    Defendant.

## ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

Kimberly Altman
United States Magistrate Judge

Date: May 6, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  NO. 21-MJ-30193

**ANTONIO JONES**,
   a/k/a: Antonio Draco Jones, Jr.

    Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The MDOC and/or Jackson County Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant **ANTONIO JONES** before the Honorable Duty Court United States Magistrate Judge of the Theodore Levin U.S. Courthouse on Tuesday, June 08, 2021, at 1:00 p.m. for his Initial Appearance on the Complaint; and you are also directed to return **ANTONIO JONES** to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

                                            KINIKIA D. ESSIX
                                            Clerk

                                            By:   s/Marie E. Verlinde
                                                    Deputy Clerk

                                            (Seal)